UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YOLANDA SWIFT,<br><br>    Plaintiff,<br> vs.<br><br>STEVEN C. PRESTON, Administrator, U.S.<br>Small Business Administration,<br>HECTOR V. BARRETO, JR.,<br>MICHAEL L. BARRERA,<br>STEPHEN GALVAN,<br>DAVID A. JAVDAN,<br>ERIC S. BENDERSON,<br>JOHN W. KLEIN,<br>DELORICE FORD, and<br>MONIQUE FORTENBERRY,<br><br>    Defendants | Civil Action No. 07-cv-1727 (ESH) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE RESPONSIVE PLEADING

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants Steven C. Preston, Administrator, U.S. Small Business Administration; Hector V. Barreto, Jr.; Michael L. Barrera; Stephen Galvan; David A. Javdan; Eric S. Benderson; John W. Klein; Delorice Ford; and Monique Fortenberry hereby move this Court for an extension of time through and including December 17, 2007, to answer or otherwise respond to the plaintiff's Complaint.

The summons and complaint were served on the U.S. Attorney for the District of Columbia on October 3, 2007, and the current deadline for a response by the Administrator of the U.S. Small Business Administration is December 3, 2007. The response deadlines for those individual defendants who have been served with a summons and complaint vary according to their dates of service.

Representation of the individual defendants by the Department of Justice was approved on November 29, 2007. The defendants intend to file a joint motion to dismiss claims against them and require additional time for consultation with the individual defendants and preparation of the motion.

The defendants have conferred with the plaintiff, and the plaintiff indicated that she has no objection to the defendants' motion. A proposed order is attached.

Dated: November 29, 2007

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOSEPH W. LOBUE (D.C. Bar No. 293514)
Assistant Branch Director
Federal Programs Branch

/s/ JAMES C. LUH
JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendant

**CERTIFICATION OF FAMILIARITY WITH LOCAL RULES OF COURT**

    I hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia.

/s/ JAMES C. LUH
JAMES C. LUH

Case 1:07-cv-01727-ESH-JMF    Document 2    Filed 11/29/2007    Page 4 of 4

## **CERTIFICATE OF SERVICE**

    I certify that on November 29, 2007, I served the foregoing document on the following parties by mail.

Yolanda Swift
34 V St NW
Washington DC 20001
(410) 499-2310
Plaintiff (Pro Se)

                                            /s/ JAMES C. LUH
                                            JAMES C. LUH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA SWIFT, )<br>)<br>    Plaintiff, )<br>   vs. )<br>)<br>STEVEN C. PRESTON, Administrator, U.S.<br>    Small Business Administration, et<br>    al., )<br>)<br>    Defendants. )<br>) | Civil Action No. 07-cv-1727 (ESH) |

## ORDER

The Unopposed Motion for Extension of Time to Serve Responsive Pleading filed by Defendants Steven C. Preston, Administrator, U.S. Small Business Administration (SBA); Hector V. Barreto, Jr.; Michael L. Barrera; Stephen Galvan; David A. Javdan; Eric S. Benderson; John W. Klein; Delorice Ford; and Monique Fortenberry is hereby GRANTED.

Those defendants whose time to serve a responsive pleading was to expire before December 17, 2007, shall answer or otherwise respond to the plaintiff's complaint on or before December 17, 2007.

Dated:

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE