AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia



RECEIVED
NOV 26 2007
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

YOLANDA SWIFT

**SUMMONS IN A CIVIL CASE**

V.

STEVEN C. PRESTON
ADMINISTRATOR
U.S. SMALL BUSINESS ADMINISTRATION
et al

Case: 1:07-cv-01727
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/27/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

United States Attorney for the District of Columbia
501 Third Street, NW
Washington, D.C.   20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ~~Pro Se~~ (name and address)

Yolanda Swift, Pro Se
34 V Street, NW
Washington, D.C.   20001

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                SEP 27 2007
CLERK                                            DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Yolanda Swift

vs.

Steven C. Preston, as Administrator of the United States Small Business Administration, et al.

No. 1:07-CV-01727 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Compliant, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-01-1980.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:52 pm on October 3, 2007, I served United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Lakesha Carroll, Docket Clerk, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    34
HEIGHT-    5'6"
  HAIR-    BLACK
WEIGHT-    170
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10-3-07
             Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195210

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

RECE...

# UNITED STATES DISTRICT COURT
## District of Columbia

NOV ...

NANCY MAYER W...
U.S. DIST...

YOLANDA SWIFT

**SUMMONS IN A CIVIL CASE**

V.

STEVEN C. PRESTON
ADMINISTRATOR
U.S. SMALL BUSINESS ADMINISTRATION
et al

Case: 1:07-cv-01727
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/27/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

United States Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C.   20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'  *Pro Se* (name and address)

Yolanda Swift, Pro Se
34 V Street, NW
Washington, D.C.   20001

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                SEP 2 7 2007
_____                  _____
CLERK                                                  DATE

/s/ _____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Yolanda Swift

vs.

Steven C. Preston, as Administrator of the United States Small Business Administration, et al.

No. 1:07-CV-01727 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Compliant, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-01-1980.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:42 pm on October 3, 2007, I served United States Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Quanetta Evans, General Clerk II, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    32
 HEIGHT-    5'6"
   HAIR-    BLACK
 WEIGHT-    195
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on _10-3-07_
           Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195209

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

RECEIVED 

# UNITED STATES DISTRICT COURT
## District of Columbia

NOV 2 6 2007

NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

YOLANDA SWIFT

**SUMMONS IN A CIVIL CASE**

V.

STEVEN C. PRESTON
ADMINISTRATOR
U.S. SMALL BUSINESS ADMINISTRATION
et al

CASE

Case: 1:07-cv-01727
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/27/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Steven C. Preston, Administrator
U. S. Small Business Administration
409 Third Street, SW
Washington, D.C.   20416

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'  *Pro Se*   (name and address)

Yolanda Swift, Pro Se
34 V Street, NW
Washington, D.C.   20001

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON               SEP 27 2007
CLERK                                  DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Yolanda Swift

vs.

Steven C. Preston, as Administrator of the United States Small Business Administration, et al.

No. 1:07-CV-01727 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Compliant, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:43 pm on October 3, 2007, I served Steven C. Preston, as Administrator of the United States Small Business Administration at 409 3rd Street, SW, Washington, DC 20416 by serving Emmet Clark, Administrative Specialist, authorized to accept. Described herein:

```
   SEX-    MALE
   AGE-    45
HEIGHT-    5'10"
  HAIR-    BLACK/GRAY
WEIGHT-    180
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10/3/07
              Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195212