AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

YOLANDA SWIFT

**SUMMONS IN A CIVIL CASE**

V.

STEVEN C. PRESTON
ADMINISTRATOR
U.S. SMALL BUSINESS ADMINISTRATION, HECTOR V. BARRETO, JR.,
et al

Case: 1:07-cv-01727
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/27/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Hector V. Barreto, Jr.
7815 Hellman Avenue
Rosemead, California   91770

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'~~~~ Pro Se (name and address)

Yolanda Swift, Pro Se
34 V Street, NW
Washington, D.C.   20001

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                      SEP 27 2007
CLERK                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/6/07 | |
| NAME OF SERVER *(PRINT)* Fredy Escobar | TITLE Registered Process server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __by serving on Alexandra Barreto, Aunt, a person of suitable age and discretion who stated that she resides therein__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/8/07__       _[signature]_
              Date              Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
*Address of Server*

* Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

YOLANDA SWIFT

4/

**SUMMONS IN A CIVIL CASE**

V.

STEVEN C. PRESTON
ADMINISTRATOR
U.S. SMALL BUSINESS ADMINISTRATION, Stephen Galvan,
et al

Case: 1:07-cv-01727
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/27/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Stephen Galvan
426 Stonegate Court
Willowbrook, Illinois   60514

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Yolanda Swift, Pro Se
34 V Street, NW
Washington, D.C.   20001

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 27 2007
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ * | DATE 10-08-07 @ 7:35 pm |
| NAME OF SERVER *(PRINT)* Stephen Galvan | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by serving Melody Galvan, wife, a person of suitable age and discretion who stated that she resides therein with defendant/witness

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-08-07
               *Date*

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

*Address of Server*

\* Notice of Right to Consent to Trail Before United States Magistrate Judge, Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
NOV 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOLANDA SWIFT

**SUMMONS IN A CIVIL CASE**

V.

STEVEN C. PRESTON
ADMINISTRATOR
U.S. SMALL BUSINESS ADMINISTRATION, Eric S
Benderson, et al

CASE

Case: 1:07-cv-01727
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/27/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Eric S. Benderson
11501 Beechgrove Lane
Potomac, Maryland   20854

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S  *Pro Se* ~~~~~~~ (name and address)

Yolanda Swift, Pro Se
34 V Street, NW
Washington, D.C.   20001

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 27 2007
_____           _____
CLERK                                     DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Yolanda Swift

vs.

Steven C. Preston, as Administrator of the United States Small Business Administration, et al.

No. 1:07-CV-01727 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons, Compliant, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 12-18-1965.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 7:40 pm on October 8, 2007, I served Eric S. Benderson at 11501 Beechgrove Lane, Potomac, Maryland 20854 by serving Eric S. Benderson, personally. Described herein:

```
SEX-     MALE
AGE-     60
HEIGHT-  5'10"
HAIR-    GRAY/BALD
WEIGHT-  170
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 10.10.07
            Date

FREDERICK PARSONS, JR.
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195203

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
NOV 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOLANDA SWIFT

**SUMMONS IN A CIVIL CASE**

V.

STEVEN C. PRESTON
ADMINISTRATOR
U.S. SMALL BUSINESS ADMINISTRATION, David A. Javdan,
et al

Case: 1:07-cv-01727
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/27/2007
Description: Employ. Discrim.

CAS

TO: (Name and address of Defendant)

David A. Javdan
1920 12th Street, NW, #2
Washington, D.C.   20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S *pro se* ~~[redacted]~~ (name and address)

Yolanda Swift, Pro Se
34 V Street, NW
Washington, D.C.   20001

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 2 7 2007
CLERK                                        DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Yolanda Swift

vs.

Steven C. Preston, as Administrator of the United States Small Business Administration, et al.

No. 1:07-CV-01727 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Compliant, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 10:39 am on October 10, 2007, I served David A. Javdan at 1920 12th Street, NW, #2, Washington, DC 20009 by serving David A. Javdan, personally. Described herein:

```
    SEX-     MALE
    AGE-     39
 HEIGHT-     5'10"
   HAIR-     BLACK/BALDING
 WEIGHT-     165
   RACE-     MIDDLE EASTERN
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10/10/07
                Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195207

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
NOV 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOLANDA SWIFT

**SUMMONS IN A CIVIL CASE**

V.

STEVEN C. PRESTON
ADMINISTRATOR
U.S. SMALL BUSINESS ADMINISTRATION, Michael L. Barrera.,
et al

Case: 1:07-cv-01727
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/27/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Michael L. Barrera
2175 K Street, NW, Suite 100
Washington, D.C.   20037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ~~~~~ *Pro Se* (name and address)

Yolanda Swift, Pro Se
34 V Street, NW
Washington, D.C.   20001

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     SEP 2 7 2007
CLERK                                        DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Yolanda Swift

vs.

Steven C. Preston, as Administrator of the United States Small Business Administration, et al.

No. 1:07-CV-01727 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Compliant, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:47 am on October 12, 2007, I served Michael L. Barrera at 2175 K Street, NW, Suite 100, Washington, DC 20037 by serving Michael L. Barrera, personally. Described herein:

   SEX-    MALE
   AGE-    37
HEIGHT-    5'9"
  HAIR-    BLACK
WEIGHT-    170
  RACE-    HISPANIC

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10-12-07
                Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195208

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**

NOV 2 6 2007

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

YOLANDA SWIFT

### SUMMONS IN A CIVIL CASE

V.

STEVEN C. PRESTON
ADMINISTRATOR
U.S. SMALL BUSINESS ADMINISTRATION, Monique Fortenberry, et al

CA  Case: 1:07-cv-01727
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/27/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Monique Fortenberry
1623 6th Street, NW
Washington, D.C.   20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ~~~~~~ *Pro Se* (name and address)

Yolanda Swift, Pro Se
34 V Street, NW
Washington, D.C.   20001

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 2 7 2007
CLERK                                       DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Yolanda Swift

vs.

Steven C. Preston, as Administrator of the United States Small Business Administration, et al.

No. 1:07-CV-01727 ESH

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Compliant, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:45 am on October 19, 2007, I served Monique Fortenberry at 409 3rd Street, SW, Washington, DC 20024 by serving Monique Fortenberry, personally. Described herein:

```
    SEX-    FEMALE
    AGE-    32
 HEIGHT-    5'6"
   HAIR-    BLACK/BROWN
 WEIGHT-    150
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10-19-07
                Date

*Wesley Jennings*
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195206

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED

NOV 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOLANDA SWIFT

**SUMMONS IN A CIVIL CASE**

V.

STEVEN C. PRESTON
ADMINISTRATOR
U.S. SMALL BUSINESS ADMINISTRATION,
DELORICE FORD, et al

Case: 1:07-cv-01727
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/27/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Delorice Ford
11812 Brookeville Landing Court
Bowie, Maryland   20721

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' *pro se* (name and address)

Yolanda Swift
34 V Street, N.W.
Washington, D.C. 20001

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        SEP 27 2007
CLERK                           DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Yolanda Swift

vs.

Steven C. Preston, as Administrator of the United States Small Business Administration, et al.

No. 1:07-CV-01727 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Compliant, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 08-29-1969.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 9:00 am on October 6, 2007, I served Delorice Ford at 11812 Brookeville Landing Court, Bowie, Maryland 20721 by serving Delorice Ford, personally. Described herein:

```
SEX-     FEMALE
AGE-     52
HEIGHT-  5'6"
HAIR-    BROWN
WEIGHT-  150
RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct

Executed on  10/9/07
            Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195204