UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| YOLANDA SWIFT | ) | |
| Plaintiff, | ) | |
| | ) | |
| STEVEN C. PRESTON, Administrator, U.S. | | Civil Action No. 07-cv-1727 (ESH) |
| Small Business Administration, HECTOR V. | | |
| BARRETO, JR., MICHAEL L. BARRERA, ) | | |
| STEPHEN GALVAN, DAVID A. JAVDAN, | | |
| ERIC S. BENDERSON, JOHN W. KLEIN, ) | | |
| DELORICE FORD, AND MONIQUE | ) | |
| FORTENBERRY, | ) | |
| Defendants | ) | |

Next Event:  Defendants Respond

**NOTICE OF CORRECTION**

It has come to the attention of Plaintiff that a date and certain Causes of Action were
inadvertently misnumbered or miscited in Plaintiff's Complaint, dated September 26,
2007 ("Complaint").  In two places in paragraph 6 of the Complaint, Plaintiff
inadvertently and in good faith cited the year as 2006, when in fact the year was 2004.

RECEIVED

DEC 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Also, the Causes of Action on pages 16, 17, and 18 should be numbered Fourth Cause of Action, Fifth Cause of Action and Sixth Cause of Action respectively. The aforementioned corrections of typographical errors should not prejudice the Defendants because the dates were correctly stated in Plaintiff's complaint to the Office of Equal Employment Opportunity and Civil Rights Compliance at the Small Business Administration ("EEO&CRC") and in Plaintiff's Affidavit in the Report of Investigation issued by the EEO&CRC and Plaintiff believes the Defendants and/or their attorney had access to both documents.

Dated:   December 12, 2007

Respectfully submitted,

YOLANDA SWIFT

By:   _Yolanda Swift_

Yolanda Swift

Pro Se

34 V Street, N.W.

Washington, D. C.   20001

Tel:  410) 499-2310

2

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I served a copy of the foregoing Notice of Correction on the following party by mail:

James C. Luh

Trial Attorney

United States Department of Justice

Civil Division, Federal Programs Branch

20 Massachusetts Ave., NW

Washington, DC  20530

Attorney for Defendants


Yolanda Swift

Pro Se