UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| YOLANDA SWIFT ) | |
| Plaintiff, | |
| vs ) | |
|  ) | |
| STEVEN C. PRESTON, Administrator, U.S. Small Business Administration, HECTOR V. BARRETO, JR., MICHAEL L. BARRERA, STEPHEN GALVAN, DAVID A. JAVDAN, ERIC S. BENDERSON, JOHN W. KLEIN, DELORICE FORD, AND MONIQUE FORTENBERRY, ) | Civil Action No. 07-cv-1727 (ESH) |
| Defendants ) | |

Next Event: Plaintiff's Response to Defendants' Motion to Dismiss

## UNOPPOSED MOTION FOR EXENSION OF TIME TO SERVE RESPONSIVE PLEADING

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, plaintiff Yolanda Swift hereby moves this Court for an extension of time through and including

February 12, 2008, to answer or otherwise respond to defendants' Motion to Dismiss (Motion).

The Motion was filed on December 17, 2007, and the current deadline for a response by the plaintiff is January 17, 2008.

The plaintiff has conferred with the defendants' counsel, and defendants' counsel has no objection to the plaintiff's request for an extension of time. A proposed order is attached.

Dated: January 16, 2008					YOLANDA SWIFT


							By: *[signature: Yolanda Swift]*
							Yolanda Swift

							Pro Se

							34 V Street, N.W.

							Washington, D. C.  20001

							Tel:  (410) 499-2310

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I served a copy of the foregoing Unopposed Motion For Extension of Time on the following party by mail:

James C. Luh

Trial Attorney

United States Department of Justice

Civil Division, Federal Programs Branch

20 Massachusetts Ave., NW

Washington, DC 20530

Attorney for Defendants

_____
Yolanda Swift

Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA SWIFT ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | |
| STEVEN C. PRESTON, Administrator, U.S. ) | Civil Action No. 07-cv-1727 (ESH) |
| Small Business Administration, HECTOR V. ) | |
| BARRETO, JR., MICHAEL L. BARRERA, ) | |
| STEPHEN GALVAN, DAVID A. JAVDAN, ) | |
| ERIC S. BENDERSON, JOHN W. KLEIN, ) | |
| DELORICE FORD, AND MONIQUE ) | |
| FORTENBERRY, ) | |
| Defendants ) | |

## **ORDER**

The Unopposed Motion for Extension of Time to Serve Responsive Pleading filed by Plaintiff, Yolanda V. Swift is hereby GRANTED.

Plaintiff shall file a Response to Defendants' Motion to Dismiss dated December 17, 2007, on or before February 12, 2008.

Dated:

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE