UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

YOLANDA SWIFT                       )
                                    )
    Plaintiff,                      )
                                    )
vs                                  )
                                    )
STEVEN C. PRESTON, Administrator, U.S.   Civil Action No. 07-cv-1727 (ESH)
Small Business Administration,      )
                                    )
    Defendants                      )
                                    )

Next Event: Initial Scheduling Conference

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR INITIAL SCHEDULING CONFERENCE

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Yolanda Swift hereby moves this Court for an extension of time through and including April 23, 2008, to attend an Initial Scheduling Conference because Plaintiff will be out of the country attending pre-planned engagements from March 8, 2008 until March 23, 2008. In addition, Plaintiff needs time to confer with counsel.



RECEIVED
FEB 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

By order of this Court the Initial Scheduling Conference is set for March 14, 2008, at 1:45 p.m.

Plaintiff has conferred with the Defendant's counsel, and Defendant's counsel has no objection to Plaintiff's request for an extension of time. A proposed order is attached.

Dated: February 21, 2008                     YOLANDA SWIFT


                                             By: /s/ Yolanda Swift
                                             Yolanda Swift

                                             Pro Se

                                             34 V Street, N.W.

                                             Washington, D. C. 20001

                                             Tel: (410) 499-2310

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I served a copy of the foregoing Unopposed Motion for an Extension of Time on the following party by mail:

James C. Luh

Trial Attorney

United States Department of Justice

Civil Division, Federal Programs Branch

20 Massachusetts Ave., NW

Washington, DC  20530

Attorney for Defendants


_____
Yolanda Swift

Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA SWIFT ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | |
| STEVEN C. PRESTON, Administrator, U.S. | Civil Action No. 07-cv-1727 (ESH) |
| Small Business Administration, ) | |
| Defendants ) | |

**ORDER**

The Unopposed Motion for an Extension of Time for an Initial Scheduling Conference filed by Plaintiff, Yolanda V. Swift is hereby GRANTED.

Dated:

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE