UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA SWIFT, | ) |
|       Plaintiff | ) |
| v. | ) Civil Action No. 07-1727 (ESH) |
| STEVEN C. PRESTON, Administrator,<br>   U.S. Small Business Administration, | ) |
|       Defendants. | ) |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Tammany M. Kramer of the law firm, Heller, Huron, Chertkof, Lerner, Simon & Salzman, PLLC hereby submits this notice of entry of appearance on behalf of Plaintiff Yolanda Swift.

      /s/_____
Tammany M. Kramer (DC Bar No. 483146)
Richard A. Salzman   (DC Bar No. 422497)
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN, PLLC
1730 M St., N.W., Suite 412
Washington, D.C. 20036
(202) 293-8090
Fax: (202) 293-7110
tkramer@hellerhuron.com

Counsel for Plaintiff

Date:  March 31, 2008