## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                          )
YOLANDA SWIFT,                            )
                                          )
               Plaintiff                  )
                                          )
       v.                                 )        Civil Action No. 07-1727 (ESH)
                                          )
STEVEN C. PRESTON, Administrator,         )
       U.S. Small Business Administration,)
                                          )
               Defendant                  )
_____  )

### PLAINTIFF'S CONSENT MOTION FOR
### EXTENSION OF TIME TO SERVE INITIAL DISCLOSURES

Plaintiff Yolanda Swift respectfully requests that this Court grant the parties a brief five-day extension of time to submit initial disclosures.  The current deadline for initial disclosures is May 15, 2008.  However, due to the plaintiff's unexpected travel and additional impediments, plaintiff requires a short extension of time to ensure that her initial disclosures are complete.  Defendant consents to this motion on the condition that defendant receive the same extension of time as the plaintiff.  No parties will be prejudiced by the granting of this motion.

For the above reasons, this motion should be granted.  The new deadline for initial disclosures should be May 20, 2008.

Respectfully submitted:

/s/_____
Richard A. Salzman    (# 422497)
Tammany M. Kramer  (# 483146)
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN, PLLC
1730 M Street, N.W., Suite 412
Washington, DC 20036
(202) 293-8090    fax: (202) 293-7110
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| YOLANDA SWIFT, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )    Civil Action No. 07-1727 (ESH) |
| | ) |
| STEVEN C. PRESTON, Administrator, | ) |
| U.S. Small Business Administration, | ) |
| | ) |
| Defendant | ) |

_____ )

**ORDER**

UPON CONSIDERATION of the plaintiff's Consent Motion for Extension of Time to Serve

Initial Disclosures, it is this _____ day of _____, 2008, hereby ORDERED that the deadline

for initial disclosures shall be May 20, 2008.


_____
UNITED STATES DISTRICT JUDGE


**Copies to:**

James C. Luh
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
(202) 514-4938
Counsel for defendant

Tammany M. Kramer
Richard A. Salzman
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN, PLLC
1730 M Street, NW, Suite 412
Washington, DC  20036
(202) 293-8090
Counsel for plaintiff