# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YOLANDA SWIFT**, | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 07-1727 (ESH) |
| **STEVEN C. PRESTON**, Administrator, United States Small Business Administration | ) |
| **Defendant.** | ) |

## ORDER OF REFERRAL

It is hereby

**ORDERED** this matter is referred to Magistrate Judge John Facciola for all discovery disputes. On any filing related to discovery disputes, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge John Facciola following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　/ s/
　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: June 9, 2008

cc:   Magistrate Judge John Facciola